# UNITED STATES DISTRICT COURT

for the

District of Minnesota

UNITED STATES OF AMERICA

v.

Case No.  22-mj-1022 DTS

RIVER WILLIAM SMITH

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### Count 1

On or about December 14, 2022, in Scott County, in the State and District of Minnesota, defendant knowingly possessed a machine gun in violation of Title 18, United States Code, Section 922(o).

### Count 2

On or about December 14, 2022, in Scott County, in the State and District of Minnesota, defendant attempted to receive and possess destructive devices, as defined in Title 26, United States Code, Section 5845(a), that is, three explosive grenades, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒Yes  ☐ No

_____
*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means via (FaceTime/Zoom and
email) pursuant to Fed. R. Crim. P. 41(d)(3).

Trevor Bruders, Special Agent
FBI
_____
*Printed name and title*

Date:  December 14, 2022

_____
*Judge's Signature*

City and State:  Minneapolis, MN

David T. Schultz
United States Magistrate Judge
*Printed Name and Title*