IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: David T. Schultz |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:      22-mj-1022 DTS |
| | ) | Date:             December 15, 2022 |
| River William Smith, | ) | Courthouse:  Minneapolis |
| | ) | Courtroom:   9E |
| Defendant, | ) | Time Commenced:  1:56 p.m. |
| | ) | Time Concluded:   1:59 p.m. |
| | | Time in Court:       3 minutes |

APPEARANCES:

Plaintiff: Ruth Shnider, Assistant U.S. Attorney
Defendant: Robert Meyers, Assistant Federal Public Defender
    X FPD        X To be appointed

Date Charges Filed: 12/14/2022        Offense:  did knowingly possess a machine gun; attempted to receive and possess a destructive device, hand grenades

X Advised of Rights

on     X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Tuesday, December 20, 2022 at 10:00 a.m. before U.S. Magistrate Judge Elizabeth Cowan Wright, CR 3C STP for:
    X Detention hrg        X Preliminary hrg


Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                          s/jam
                                                              Signature of Courtroom Deputy